WILLIAM E. WOOLLARD, Appellant, *v.* SCHAFFER STORES COMPANY, INC., Respondent, Impleaded with Another.

(Submitted October 5, 1936; decided October 6, 1936.)

514

*Harry M. Schaffer* for motion.
*William E. Woollard* and *Walter A. Fullerton* opposed.
Motion denied.